```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MARGARET GARNER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV32 |
| | ) | |
| v. | ) | |
| | ) | |
| 3M CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Following a telephone conference with counsel in accordance with [Fed. R. Civ. P. 16](), and in accordance with the agreement of counsel,

IT IS ORDERED,

Defendant is granted until September 5, 2008 to file its Third Party Complaint against Sedgewick.

DATED this 30th day of July, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge